IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Roy A. Durham, Jr., :
:
    Plaintiff(s) :
: Case Number: 1:14cv816
vs. :
: Judge Susan J. Dlott
Ernie Moore, et al., :
:
    Defendant(s) :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 19, 2016 (Doc. 30), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 5, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for modification of the payment order and joinder of payment orders (Doc. 29) are DENIED.

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                Judge Susan J. Dlott
                                                United States District Court